```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

LAQUAN WILLIAMS,

        Plaintiff,

- against -

AUSA ANDREW CHAN, ET AL.,

        Defendants.

25-cv-1225 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

On April 1, 2025, noting that the plaintiff had neither paid the $405.00 in filing and administrative fees nor completed and submitted a prisoner authorization, the Court extended the time for the plaintiff to take either action to April 30, 2025. ECF No. 6. The Court warned that, if the plaintiff failed to take either action by that date, this case may be dismissed for failure to prosecute.

To date, the plaintiff neither has paid the $405.00 in filing and administrative fees nor completed and submitted a prisoner authorization. Accordingly, this case is **dismissed without prejudice** for failure to prosecute.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

Any pending motions are dismissed as moot. Any conferences are canceled. The Clerk of Court is directed to close this case.

SO ORDERED.

Dated:   New York, New York
         May 5, 2025

                                              _____
                                              John G. Koeltl
                                              United States District Judge